

Phone: 551.444.8100
Facsimile: 551.497.4665
www.rosenblattlegal.com

**RAPHAEL M. ROSENBLATT**
Email: raphael@rosenblattlegal.com
Attorney at Law
Member, NY &NJ Bars

December 3, 2019

**VIA ECF:**
Honorable Jesse Furman, U.S.D.J.
United States District Court, Southern District of New York
Thurgood Marshall US Courthouse
400 Centre Street
New York, NY 10007

        **Re:** **Melwani v. Nature Republic Union Square, Inc.**
             **Civil Action No.: 19-cv-9109-JMF**

Dear Judge Furman:

This office represents Defendant Nature Republic Union Square, Inc. in this matter. We write with the consent of Plaintiff *pro se* Prakash Melwani to request respectfully that the Court adjourn the Initial Conference presently scheduled for January 16, 2020 at 3:15 pm to a date after January 27, 2020. On January 16, 2020, the undersigned counsel will be out of the country on a pre-planned vacation and is expected to return on January 27, 2020. This is the first request to adjourn the Initial Conference.

We appreciate the Court's consideration of and attention to this matter.

Respectfully submitted,

**ROSENBLATT LAW PC**

RAPHAEL M. ROSENBLATT
For the Firm

cc:    Prakash Melwani (via email and fax)

Application GRANTED. The initial conference is ADJOURNED to **February 13, 2020,** at **4:15 p.m.** The parties are reminded to submit pre-conference letters in accordance with the Order at ECF No. 13 by Thursday of the week before the conference. The Clerk of Court is directed to terminate ECF No. 14 and mail a copy of this Order to Plaintiff. SO ORDERED.

December 4, 2019